**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SPEIR TECHNOLOGIES LTD., | |
| Plaintiff, | Case No. 2:23-cv-00027 |
| v. | **JURY TRIAL DEMANDED** |
| TCL TECHNOLOGY GROUP CORP.; TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD.; TCT MOBILE WORLDWIDE, LTD.; TCT MOBILE INTERNATIONAL, LTD.; TCL ELECTRONICS HOLDINGS LTD.; and TCL COMMUNICATION LTD., | |
| Defendants. | |

## <u>COMPLAINT FOR PATENT INFRINGEMENT</u>

This is an action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 1 *et seq.*, in which Plaintiff Speir Technologies Limited ("Plaintiff" or "Speir") makes the following allegations against Defendants TCL Technology Group Corp., TCL Communication Technology Holdings, Ltd., TCT Mobile Worldwide, Ltd., TCT Mobile International, Ltd., TCL Electronics Holdings Ltd., and TCL Communication Ltd. (collectively, "Defendants" or "TCL"):

## <u>INTRODUCTION</u>

1.     This complaint arises from TCL's unlawful infringement of the following United States patents owned by Plaintiff, which relate to improvements in mobile communications systems:  United States Patent No. 8,345,780 ("the '780 Patent" or "Asserted Patent").

## PARTIES

2.      Plaintiff Speir Technologies Limited is a limited liability company organized and existing under the law of Ireland, with its principal place of business at The Hyde Building, Suite 23, The Park, Carrickmines, Dublin 18, Ireland. Speir is the sole owner by assignment of all rights, title, and interest in the Asserted Patent, including the right to recover damages for past, present, and future infringement.

3.      Defendant TCL Technology Group Corp. ("TCL Technology Group"), formerly known as TCL Corporation, is a corporation organized under the laws of China with its principal place of business at TCL Technology Building, No. 17, Huifeng Third Road, Zhongkai High-tech Zone, Huizhou City, Guangdong, P.R. China 516006.

4.      Defendant TCL Communication Technology Holdings, Ltd. ("TCL Communication Technology") is a corporation organized under the laws of the Cayman Islands with its principal place of business at 5/F, Building 22E, 22 Science Park East Avenue, Hong Kong Science Park, Shatin, New Territories, Hong Kong.

5.      Defendant TCT Mobile Worldwide, Ltd. ("TCT Mobile Worldwide") is a corporation organized under the laws of Hong Kong with its principal place of business at 5/F, Building 22E, 22 Science Park East Avenue, Hong Kong Science Park, Shatin, New Territories, Hong Kong.

6.      Defendant TCT Mobile International, Ltd. ("TCT Mobile International") is a corporation organized and existing under the laws of Hong Kong with its principal place of business at 5/F, Building 22E, 22 Science Park East Avenue, Hong Kong Science Park, Shatin New Territories, Hong Kong.

7.      Defendant TCL Electronics Holdings Ltd. ("TCL Electronics") is a foreign entity incorporated in the Cayman Islands with limited liability with its principal place of business at 7/F, TCL Building, 22 Science Park East Avenue, 22E Hong Kong Science Park, Hong Kong.

8.      Defendant TCL Communication Ltd. ("TCL Communication") is, on information and belief, a corporation organized and existing under the laws of Hong Kong, with its principal place of business located at 5/F, TCL Building, 22 Science Park East Avenue, 22E Hong Kong Science Park, Hong Kong.

9.      Defendants form an interrelated group of companies which together comprise one of the largest worldwide makers and sellers of smartphones and other electronics, such as televisions.  Defendants (and their subsidiaries and affiliates) conduct business as a collective whole under the TCL brand.  *See* https://www.tcl.com/eu/en/about-tcl?the-group.  On information and belief, Defendants are part of the same corporate structure and distribution chain for the making, importing, offering to sell, selling, and using of the accused devices in the United States, including in the State of Texas and this District.  On information and belief, Defendants (and their subsidiaries and affiliates) share the same management, common ownership, advertising platforms, facilities, distribution chains and platforms, and accused product lines and products involving related technologies.  As such, Defendants (and their affiliates and subsidiaries) operate as a unitary business and are jointly and severally liable for the acts of infringement described herein.

10.     TCL induces its subsidiaries, affiliates, retail partners, and customers in the making, using, selling, offering for sale, and/or importing throughout the United States, including within this District, infringing products, such as the TCL 10 5G UW, and placing such devices  into the stream of commerce via established distribution channels knowing or understanding

that such products would be sold and used in the United States, including in the Eastern District of Texas. Defendants, between and amongst themselves, purposefully direct the Accused Products into established distribution channels within this District and the U.S. nationally.

11. On information and belief, the Defendants maintain a corporate presence in the United States via at least their U.S.-based sales subsidiaries and affiliates, including TTE Technology, Inc. ("TTE Technology") and TCT Mobile (US) Inc. ("TCT Mobile U.S."). TTE Technology is a Delaware Corporation with a principal place of business at 1860 Compton Avenue, Corona, California 92881. TTE Technology provides sales, distribution, research, and development support in North America as part of the TCL Group at the direction and control of and for its parents, including TCL Technology Group Corp. TTE Technology is an agent of Defendants. TCT Mobile U.S. is a Delaware corporation with a principal place of business at 25 Edelman, Suite 200, Irvine, California 92618. TCT Mobile U.S. provides sales, distribution, research, and development support in North America as part of the TCL Group at the direction and control of and for its parents, including TCL Technology Group Corp. TCT Mobile U.S. is an agent of Defendants. At the direction and control of Defendants, U.S.-based sales subsidiaries including, TTE Technology and TCT Mobile U.S., import infringing mobile devices into the United States and this District.

12. On information and belief, Defendants and their U.S.-based sales subsidiaries (which act as part of a global network of sales and manufacturing subsidiaries) operate as agents of one another and vicariously as parts of the same business group to work in concert together. For example, Defendants, alone and through at least the activities of their U.S.-based sales subsidiaries (including TTE Technology and TCT Mobile U.S.), conduct business in the United States, including importing, distributing, and selling infringing products, such as the TCL 10 5G

UW, in Texas and this District. On information and belief, Defendants, alone and through their U.S.-based subsidiaries, place such infringing products into the stream of commerce via established distribution channels knowing or understanding that such products would be sold and used in the United States, including in the Eastern District of Texas.

13. On information and belief, Defendants do business themselves, or through their subsidiaries, affiliates, and agents, in the State of Texas and the Eastern District of Texas. TCL has placed or contributed to placing infringing products, such as the TCL 10 5G UW, into the stream of commerce via established distribution channels knowing or understanding that such products would be sold and used in the United States, including in the Eastern District of Texas.

14. On information and belief, Defendants manufacture, distribute, import, offers for sale, and/or sell in the State of Texas and the Eastern District of Texas mobile devices that infringe the Patent asserted in this matter.

15. On information and belief, Defendants have derived substantial revenue from infringing acts in the Eastern District of Texas, including from the sale and use of infringing products including at least the TCL 10 5G UW, 20 5G, 20 Pro 5G, Stylus 5G, 30 5G, 30 V 5G, 30 XE 5G, 20 Pro 5G, 20 A 5G, Tab Pro 5G, and Tab 10 5G.

## JURISDICTION AND VENUE

16. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

17. This Court has personal jurisdiction over Defendants in this action because Defendants have committed acts within this District giving rise to this action and have established minimum contacts with this forum such that the exercise of jurisdiction over Defendants would

not offend traditional notions of fair play and substantial justice. Defendants, directly and through subsidiaries or intermediaries, have committed and continue to commit acts of infringement in this District by, among other things, making, using, importing, offering to sell, and selling products that infringe the Asserted Patent.

18.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b). Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b). On information and belief, Defendants have transacted business in this District and have committed acts of direct and indirect infringement in this District by, among other things, making, using, offering to sell, selling, and importing products that infringe the Asserted Patent.

19.     Venue is also proper in this District pursuant to 28 U.S.C. § 1391(c)(3) because Defendants TCL Technology Group, TCL Communication Technology, TCT Mobile Worldwide, TCT Mobile International, TCL Electronics, and TCL Communication are foreign corporations that are not residents of the United States and are subject to personal jurisdiction in this District, and thus are subject to venue in any judicial district including this District. *See In re HTC Corp.*, 889 F.3d 1349, 1354 (Fed. Cir. 2018).

20.     At least Defendants TCL Electronics and TCL Technology Group have not contested venue in this District in prior cases. *See, e.g.*, *LG Elecs. Inc. v. TCL Elecs. Holdings Ltd.*, No. 2:22-cv-00122-JRG, Dkt. No. 37 at ¶¶ 29-32.

## THE ASSERTED PATENT

21.     On January 1, 2013, the United States Patent and Trademark Office issued U.S. Patent No. 8,345,780 ("the '780 Patent"), titled "Wireless communication system compensating for interference and related methods," after full and fair examination. Plaintiff is the assignee of all rights, title, and interest in and to the '780 Patent and possesses all rights of recovery under

the '780 Patent, including the right to recover damages for past, present, and future infringement. The '780 Patent is valid and enforceable. A true and correct copy of the '780 Patent is attached hereto as Exhibit 1.

## TCL'S INFRINGEMENT

22.     The allegations provided below are exemplary and without prejudice to Plaintiff's infringement contentions provided pursuant to the Court's scheduling order and local rules. Plaintiff's claim construction contentions regarding the meaning and scope of the claim terms will be provided under the Court's scheduling order and local rules. As detailed below, each element of at least one claim of each of the Asserted Patent is literally present in the accused products. To the extent that any element is not literally present, each such element is present under the doctrine of equivalents. Plaintiff's analysis below should not be taken as an admission that the preamble is limiting. While publicly available information is cited below, Plaintiff may rely on other forms of evidence to prove infringement, including evidence that is solely in the possession of TCL and/or third parties.

23.     The accused products include at least the following products, as well as products with reasonably similar functionality. Identification of the accused products will be provided in plaintiff's infringement contentions pursuant to the Court's scheduling order and local rules. TCL imports into the United States, uses, makes, offers for sale, and sells in the United States the following products and infringes the asserted claims of the patents-in-suit (the "Accused Products"): 10 5G, 10 5G UW, 20 5G, 20 Pro 5G, Stylus 5G, 30 5G, 30 V 5G, 30 XE 5G, 20 Pro 5G, 20 A 5G, Tab Pro 5G, Tab 10 5G, and any other products with 5G cellular functionality.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 8,345,780

24.     Plaintiff realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

25.     TCL has been and is now directly infringing the '780 Patent, literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), including by making, using, selling, and/or offering for sale in the United States or importing into the United States infringing products, including at least the Accused Products identified above.  The Accused Products satisfy all of the claim limitations of one or more claims of the '780 Patent, including but not limited to claim 9.

26.     Claim 9 of the '780 Patent recites "[a] wireless communications device operable to communicate with an other wireless communications device via a wireless communications link having at least one settable link characteristic."  To the extent the preamble is limiting, the Accused Products each comprise a wireless communications device operable to communicate with an other wireless communications device via a wireless communications link having at least one settable link characteristic.  For example, the Accused Products are configured to communicate with base stations using 5G cellular technology:



*See* https://www.tcl.com/us/en/products/mobile/stylus/tcl-stylus-5g-lunar-black.

27.    Claim 9 of the '780 Patent recites that the "wireless communications device" comprises "an orthogonal frequency-division multiplexing (OFDM) wireless transceiver."  The Accused Products each comprise an orthogonal frequency-division multiplexing (OFDM) wireless transceiver.  For example, 5G uses OFDM in both the uplink and the downlink:



## 5.1    Waveform, numerology and frame structure

The downlink transmission waveform is conventional OFDM using a cyclic prefix. The uplink transmission waveform is conventional OFDM using a cyclic prefix with a transform precoding function performing DFT spreading that can be disabled or enabled.

Transform Precoding* → Sub-carrier Mapping → IFFT → CP Insertion →

*Optionally present in UL, not present in DL

**Figure 5.1-1: Transmitter block diagram for CP-OFDM with optional DFT-spreading**

*See* 3GPP TS 38.300 V15.13.0.

## 5.3.1    OFDM baseband signal generation for all channels except PRACH

The time-continuous signal $s_l^{(p,\mu)}(t)$ on antenna port $p$ and subcarrier spacing configuration $\mu$ for OFDM symbol $l \in \left\{0, 1, ..., N_{slot}^{subframe,\mu} N_{symb}^{slot} - 1\right\}$ in a subframe for any physical channel or signal except PRACH is defined by

$$s_l^{(p,\mu)}(t) = \sum_{k=0}^{N_{grid}^{size,\mu} N_{sc}^{RB}-1} d_{k,l}^{(p,\mu)} \cdot e^{j2\pi\left(k+k_0^\mu - N_{grid,x}^{size,\mu} N_{sc}^{RB}/2\right)\Delta f\left(t - N_{CP,l}^\mu T_c - t_{start,l}^\mu\right)}$$

$$k_0^\mu = \left(N_{grid,x}^{start,\mu} + N_{grid,x}^{size,\mu}/2\right)N_{sc}^{RB} - \left(N_{grid,x}^{start,\mu} + N_{grid,x}^{size,\mu}/2\right)N_{sc}^{RB} 2^{\mu_0-\mu}$$

where $t_{start,l}^\mu \leq t < t_{start,l}^\mu + \left(N_u^\mu + N_{CP,l}^\mu\right)T_c$ is the time within the subframe,

$$N_u^\mu = 2048\,\kappa \cdot 2^{-\mu}$$

$$N_{CP,l}^\mu = \begin{cases} 512\,\kappa \cdot 2^{-\mu} & \text{extended cyclic prefix} \\ 144\,\kappa \cdot 2^{-\mu} + 16\kappa & \text{normal cyclic prefix,}\quad l = 0 \text{ or } l = 7 \cdot 2^\mu \\ 144\,\kappa \cdot 2^{-\mu} & \text{normal cyclic prefix,}\quad l \neq 0 \text{ and } l \neq 7 \cdot 2^\mu \end{cases}$$

*See* 3GPP TS 38.211 V15.9.0.

28.     Claim 9 of the '780 Patent recites "a controller coupled to said wireless transceiver and configured to store short term and long term historical characteristics of interference."  The Accused Products each comprise a controller coupled to said wireless transceiver and configured to store short term and long term historical characteristics of interference.  For example, the controllers in the Accused Products are configured to store short term and long term historical characteristics of interference:



*See* 3GPP TS 38.331 V15.15.0.

| CSI-ReportConfig field descriptions |
|---|
| *carrier* |
| Indicates in which serving cell the *CSI-ResourceConfig* indicated below are to be found. If the field is absent, the resources are on the same serving cell as this report configuration. |
| *codebookConfig* |
| Codebook configuration for Type-1 or Type-2 including codebook subset restriction. |
| *cqi-FormatIndicator* |
| Indicates whether the UE shall report a single (wideband) or multiple (subband) CQI (see TS 38.214 [19], clause 5.2.1.4). |
| *cqi-Table* |
| Which CQI table to use for CQI calculation (see TS 38.214 [19], clause 5.2.2.1). |
| *csi-IM-ResourcesForInterference* |
| CSI IM resources for interference measurement. *csi-ResourceConfigId* of a *CSI-ResourceConfig* included in the configuration of the serving cell indicated with the field "carrier" above. The *CSI-ResourceConfig* indicated here contains only CSI-IM resources. The *bwp-Id* in that *CSI-ResourceConfig* is the same value as the *bwp-Id* in the *CSI-ResourceConfig* indicated by *resourcesForChannelMeasurement*. |
| *csi-ReportingBand* |
| Indicates a contiguous or non-contiguous subset of subbands in the bandwidth part which CSI shall be reported for. Each bit in the bit-string represents one subband. The right-most bit in the bit string represents the lowest subband in the BWP. The choice determines the number of subbands (subbands3 for 3 subbands, subbands4 for 4 subbands, and so on) (see TS 38.214 [19], clause 5.2.1.4). This field is absent if there are less than 24 PRBs (no sub band) and present otherwise (see TS 38.214 [19], clause 5.2.1.4). |
| *dummy* |
| This field is not used in the specification. If received it shall be ignored by the UE. |
| *groupBasedBeamReporting* |
| Turning on/off group beam based reporting (see TS 38.214 [19], clause 5.2.1.4). |
| *non-PMI-PortIndication* |
| Port indication for RI/CQI calculation. For each CSI-RS resource in the linked ResourceConfig for channel measurement, a port indication for each rank R, indicating which R ports to use. Applicable only for non-PMI feedback (see TS 38.214 [19], clause 5.2.1.4.2). <br> The first entry in *non-PMI-PortIndication* corresponds to the NZP-CSI-RS-Resource indicated by the first entry in *nzp-CSI-RS-Resources* in the *NZP-CSI-RS-ResourceSet* indicated in the first entry of *nzp-CSI-RS-ResourceSetList* of the *CSI-ResourceConfig* whose *CSI-ResourceConfigId* is indicated in a CSI-MeasId together with the above *CSI-ReportConfigId*; the second entry in *non-PMI-PortIndication* corresponds to the NZP-CSI-RS-Resource indicated by the second entry in *nzp-CSI-RS-Resources* in the *NZP-CSI-RS-ResourceSet* indicated in the first entry of *nzp-CSI-RS-ResourceSetList* of the same *CSI-ResourceConfig*, and so on until the NZP-CSI-RS-Resource indicated by the last entry in *nzp-CSI-RS-Resources* in the in the *NZP-CSI-RS-ResourceSet* indicated in the first entry of *nzp-CSI-RS-ResourceSetList* of the same *CSI-ResourceConfig*. Then the next entry corresponds to the NZP-CSI-RS-Resource indicated by the first entry in *nzp-CSI-RS-Resources* in the *NZP-CSI-RS-ResourceSet* indicated in the second entry of *nzp-CSI-RS-ResourceSetList* of the same *CSI-ResourceConfig* and so on. |
| *nrofReportedRS* |
| The number (N) of measured RS resources to be reported per report setting in a non-group-based report. N <= N_max, where N_max is either 2 or 4 depending on UE capability. <br> (see TS 38.214 [19], clause 5.2.1.4) When the field is absent the UE applies the value 1. |
| *nzp-CSI-RS-ResourcesForInterference* |
| NZP CSI RS resources for interference measurement. *csi-ResourceConfigId* of a *CSI-ResourceConfig* included in the configuration of the serving cell indicated with the field "carrier" above. The *CSI-ResourceConfig* indicated here contains only NZP-CSI-RS resources. The *bwp-Id* in that *CSI-ResourceConfig* is the same value as the *bwp-Id* in the *CSI-ResourceConfig* indicated by *resourcesForChannelMeasurement*. |

*See* 3GPP TS 38.331 V15.15.0.

| |
|---|
| *resourcesForChannelMeasurement* |
| Resources for channel measurement. *csi-ResourceConfigId* of a *CSI-ResourceConfig* included in the configuration of the serving cell indicated with the field "carrier" above. The *CSI-ResourceConfig* indicated here contains only NZP-CSI-RS resources and/or SSB resources. This *CSI-ReportConfig* is associated with the DL BWP indicated by *bwp-Id* in that *CSI-ResourceConfig*. |
| *subbandSize* |
| Indicates one out of two possible BWP-dependent values for the subband size as indicated in TS 38.214 [19], table 5.2.1.4-2 . If *csi-ReportingBand* is absent, the UE shall ignore this field. |
| *timeRestrictionForChannelMeasurements* |
| Time domain measurement restriction for the channel (signal) measurements (see TS 38.214 [19], clause 5.2.1.1). |
| *timeRestrictionForInterferenceMeasurements* |
| Time domain measurement restriction for interference measurements (see TS 38.214 [19], clause 5.2.1.1). |

*See* 3GPP TS 38.331 V15.15.0.

Many transmission features in modern radio-access technologies are based on the availability of more or less detailed knowledge about different characteristics of the radio channel over which a signal is to be transmitted. This may range from rough knowledge of the radio-channel path loss for transmit-power adjustment to detailed knowledge about the channel amplitude and phase in the time, frequency, and/or spatial domain. Many transmission features will also benefit from knowledge about the interference level experienced at the receiver side.

Such knowledge about different channel characteristics can be acquired in different ways and by measurements on either the transmitter side or receiver side of a radio link. As an example, knowledge about downlink channel characteristics can be acquired by means of device measurements. The acquired information could then be reported to the network for the setting of different transmission parameters for subsequent downlink transmissions. Alternatively, if it can be assumed that the channel is reciprocal, that is, the channel characteristics of inter-

*See* Erik Dahlman et al., 5G NR: The Next Generation Wireless Access Technology, Ch. 8 Abstract (2d Ed. 2018).

### 3.7.4 CHANNEL STATE INFORMATION REFERENCE SIGNAL

★ The Channel State Information (CSI) Reference Signal is a multi-purpose downlink transmission. The Base Station can configure the UE to use the CSI Reference Signal for one or more of the following:

   o Channel State Information (CSI) Reporting: the UE provides CSI reports to the Base Station based upon measurements from the CSI Reference Signal. For example, the UE derives Channel Quality Indicators (CQI), Rank Indicators (RI) and Precoding Matrix Indicators (PMI) from CSI Reference Signal measurements (Channel State Information is described in section 13.6)

*See* Chris Johnson, 5G New Radio in Bullets, Section 3.7.4. (2019).

★ Figure 186 illustrates an example Multi-User MIMO scenario which involves 3 UE being allocated a common set of Resource Blocks and symbols. Each UE is configured with 2 NZP CSI Reference Signal resources for 'Interference Measurement' and 1 NZP CSI Reference Signal resource for 'Channel Measurement'. The resources are configured such that 2 UE complete interference measurements while the 3rd UE receives its NZP CSI Reference Signal for channel measurement, i.e. 2 UE measure the interference levels generated when transmissions are scheduled towards the 3rd UE. This allows each UE to generate CQI reports which reflect the multi-user MIMO radio conditions

*See* Chris Johnson, 5G New Radio in Bullets, Section 3.7.4. (2019).

★ If a UE is scheduled downlink resources using single user MIMO then interference levels are likely to be dominated by intercell interference (or thermal noise) and so UE measurements should target those sources of interference. 3GPP has specified a third category of CSI Reference Signal resources which can be used for this purpose. These resources are known as **CSI Interference Measurement (IM) Resources**. The Resource Elements configured for this purpose may be used to measure background interference levels, i.e. the serving cell does not transmit anything within these Resource Elements so the UE can measure background interference originating from neighbouring cells

*See* Chris Johnson, 5G New Radio in Bullets, Section 3.7.4. (2019).

### 8.1.4: CSI-IM—Resources for Interference Measurements

A configured CSI-RS can be used to derive information about the properties of the channel over which the CSI-RS transmitted. A CSI-RS can also be used to estimate the interference level by subtracting the expected received signal from what is actually received on the CSI-RS resource.

However, the interference level can also be estimated from measurements on so-called *CSI-IM* (Interference Measurement) resources.

*See* Erik Dahlman et al., 5G NR: The Next Generation Wireless Access Technology, § 8.1.4 (2d Ed. 2018).



*See* 3GPP TS 38.331 V15.15.0.

29.     Claim 9 of the '780 Patent recites that the "controller" is configured to "detect received interference."  The Accused Products each comprise a controller configured to detect received interference.  For example, the Accused Products are configured to receive the channel state information ("CSI") CSI-ReportConfig parameter structure that informs the user equipment ("UE") of the channel and interference measurements it should make:



*See* Chris Johnson, 5G New Radio in Bullets, Section 3.7.4. (2019).

## 8.2: Downlink Measurements and Reporting

An NR device can be configured to carry out different measurements, in most cases with corresponding reporting to the network. In general, such a configuration of a measurement and corresponding reporting are done by means of a *report configuration*, in the 3GPP specifications [15] referred to as a *CSI-ReportConfig*.[4]

Each resource configuration describes/indicates:

- The specific quantity or set of quantities to be reported;
- The downlink resource(s) on which measurements should be carried out in order to derive the quantity or quantities to be reported;
- How the actual reporting is to be carried out, for example, when the reporting is to be done and what uplink physical channel to use for the reporting.

*See* Erik Dahlman et al., 5G NR: The Next Generation Wireless Access Technology, § 8.2 (2d Ed. 2018).

```
–          CSI-ReportConfig

The IE CSI-ReportConfig is used to configure a periodic or semi-persistent report sent on PUCCH on the cell in which the CSI-ReportConfig is included, or to configure a semi-
persistent or aperiodic report sent on PUSCH triggered by DCI received on the cell in which the CSI-ReportConfig is included (in this case, the cell on which the report is sent is
determined by the received DCI). See TS 38.214 [19], clause 5.2.1.

                                    CSI-ReportConfig information element

-- ASN1START
-- TAG-CSI-REPORTCONFIG-START

CSI-ReportConfig ::=              SEQUENCE {
    reportConfigId                   CSI-ReportConfigId,
    carrier                          ServCellIndex                  OPTIONAL,   -- Need S
    resourcesForChannelMeasurement   CSI-ResourceConfigId,
    csi-IM-ResourcesForInterference  CSI-ResourceConfigId           OPTIONAL,   -- Need R
    nzp-CSI-RS-ResourcesForInterference  CSI-ResourceConfigId       OPTIONAL,   -- Need R
    reportConfigType                 CHOICE {
        periodic                         SEQUENCE {
            reportSlotConfig                 CSI-ReportPeriodicityAndOffset,
            pucch-CSI-ResourceList           SEQUENCE (1..maxNrofBWPs) OF PUCCH-CSI-Resource
        },
        semiPersistentOnPUCCH            SEQUENCE {
            reportSlotConfig                 CSI-ReportPeriodicityAndOffset,
            pucch-CSI-ResourceList           SEQUENCE (SIZE (1..maxNrofBWPs)) OF PUCCH-CSI-Resource
        },
        semiPersistentOnPUSCH            SEQUENCE {
            reportSlotConfig                 ENUMERATED {s15, s110, s120, s140, s180, s1160, s1320},
            reportSlotOffsetList             SEQUENCE (SIZE (1.. maxNrofUL-Allocations)) OF INTEGER(0..32),
            p0alpha                          P0-PUSCH-AlphaSetId
        },
        aperiodic                        SEQUENCE {
            reportSlotOffsetList             SEQUENCE (SIZE (1..maxNrofUL-Allocations)) OF INTEGER(0..32)
        }
    },
```

*See* 3GPP TS 38.331 V15.15.0.

The IE *CSI-MeasConfig* is used to configure CSI-RS (reference signals) belonging to the serving cell in which *CSI-MeasConfig* is included, channel state information reports to be transmitted on PUCCH on the serving cell in which *CSI-MeasConfig* is included and channel state information reports on PUSCH triggered by DCI received on the serving cell in which *CSI-MeasConfig* is included. See also TS 38.214 [19], clause 5.2.

**CSI-MeasConfig information element**

```
-- ASN1START
-- TAG-CSI-MEASCONFIG-START

CSI-MeasConfig ::=                    SEQUENCE {
    nzp-CSI-RS-ResourceToAddModList       SEQUENCE (SIZE (1..maxNrofNZP-CSI-RS-Resources)) OF NZP-CSI-RS-Resource    OPTIONAL, -- Need N
    nzp-CSI-RS-ResourceToReleaseList      SEQUENCE (SIZE (1..maxNrofNZP-CSI-RS-Resources)) OF NZP-CSI-RS-ResourceId OPTIONAL, -- Need N
    nzp-CSI-RS-ResourceSetToAddModList    SEQUENCE (SIZE (1..maxNrofNZP-CSI-RS-ResourceSets)) OF NZP-CSI-RS-ResourceSet
                                                                                              OPTIONAL, -- Need N
    nzp-CSI-RS-ResourceSetToReleaseList SEQUENCE (SIZE (1..maxNrofNZP-CSI-RS-ResourceSets)) OF NZP-CSI-RS-ResourceSetId
                                                                                              OPTIONAL, -- Need N
    csi-IM-ResourceToAddModList           SEQUENCE (SIZE (1..maxNrofCSI-IM-Resources)) OF CSI-IM-Resource      OPTIONAL, -- Need N
    csi-IM-ResourceToReleaseList          SEQUENCE (SIZE (1..maxNrofCSI-IM-Resources)) OF CSI-IM-ResourceId    OPTIONAL, -- Need N
    csi-IM-ResourceSetToAddModList        SEQUENCE (SIZE (1..maxNrofCSI-IM-ResourceSets)) OF CSI-IM-ResourceSet   OPTIONAL, -- Need N
    csi-IM-ResourceSetToReleaseList       SEQUENCE (SIZE (1..maxNrofCSI-IM-ResourceSets)) OF CSI-IM-ResourceSetId OPTIONAL, -- Need N
    csi-SSB-ResourceSetToAddModList       SEQUENCE (SIZE (1..maxNrofCSI-SSB-ResourceSets)) OF CSI-SSB-ResourceSet   OPTIONAL, -- Need N
    csi-SSB-ResourceSetToReleaseList      SEQUENCE (SIZE (1..maxNrofCSI-SSB-ResourceSets)) OF CSI-SSB-ResourceSetId OPTIONAL, -- Need N
    csi-ResourceConfigToAddModList        SEQUENCE (SIZE (1..maxNrofCSI-ResourceConfigurations)) OF CSI-ResourceConfig
                                                                                              OPTIONAL, -- Need N
    csi-ResourceConfigToReleaseList       SEQUENCE (SIZE (1..maxNrofCSI-ResourceConfigurations)) OF CSI-ResourceConfigId
                                                                                              OPTIONAL, -- Need N
    csi-ReportConfigToAddModList          SEQUENCE (SIZE (1..maxNrofCSI-ReportConfigurations)) OF CSI-ReportConfig  OPTIONAL, -- Need N
    csi-ReportConfigToReleaseList         SEQUENCE (SIZE (1..maxNrofCSI-ReportConfigurations)) OF CSI-ReportConfigId
                                                                                              OPTIONAL, -- Need N
    reportTriggerSize                     INTEGER (0..6)                                        OPTIONAL, -- Need M
    aperiodicTriggerStateList             SetupRelease { CSI-AperiodicTriggerStateList }        OPTIONAL, -- Need M
    semiPersistentOnPUSCH-TriggerStateList    SetupRelease { CSI-SemiPersistentOnPUSCH-TriggerStateList }   OPTIONAL, -- Need M
    ...
}
```

*See* 3GPP TS 38.331 V15.15.0.

## 5.2      UE procedure for reporting channel state information (CSI)

### 5.2.1     Channel state information framework

The time and frequency resources that can be used by the UE to report CSI are controlled by the gNB. CSI may consist of Channel Quality Indicator (CQI), precoding matrix indicator (PMI), CSI-RS resource indicator (CRI), SS/PBCH Block Resource indicator (SSBRI), layer indicator (LI), rank indicator (RI) and/or L1-RSRP.

*See* 3GPP TS 38.214 V15.14.0.

#### 5.2.1.1      Reporting settings

Each Reporting Setting *CSI-ReportConfig* is associated with a single downlink BWP (indicated by higher layer parameter *BWP-Id*) given in the associated *CSI-ResourceConfig* for channel measurement and contains the parameter(s) for one CSI reporting band:codebook configuration including codebook subset restriction, time-domain behavior, frequency granularity for CQI and PMI, measurement restriction configurations, and the CSI-related quantities to be reported by the UE such as the layer indicator (LI), L1-RSRP, CRI, and SSBRI (SSB Resource Indicator).

The time domain behavior of the *CSI-ReportConfig* is indicated by the higher layer parameter *reportConfigType* and can be set to 'aperiodic', 'semiPersistentOnPUCCH', 'semiPersistentOnPUSCH', or 'periodic'. For periodic and semiPersistentOnPUCCH/semiPersistentOnPUSCH CSI reporting, the configured periodicity and slot offset applies in the numerology of the UL BWP in which the CSI report is configured to be transmitted on. The higher layer parameter *reportQuantity* indicates the CSI-related or L1-RSRP-related quantities to report. The *reportFreqConfiguration* indicates the reporting granularity in the frequency domain, including the CSI reporting band and if PMI/CQI reporting is wideband or sub-band. The *timeRestrictionForChannelMeasurements* parameter in *CSI-ReportConfig* can be configured to enable time domain restriction for channel measurements and *timeRestrictionForInterferenceMeasurements* can be configured to enable time domain restriction for interference measurements. The *CSI-ReportConfig* can also contain *CodebookConfig*, which contains configuration parameters for Type-I or Type II CSI including codebook subset restriction, and configurations of group based reporting.

*See* 3GPP TS 38.214 V15.14.0.

**5.2.1.2    Resource settings**

Each CSI Resource Setting *CSI-ResourceConfig* contains a configuration of a list of S≥1 CSI Resource Sets (given by higher layer parameter *csi-RS-ResourceSetList*), where the list is comprised of references to either or both of NZP CSI-RS resource set(s) and SS/PBCH block set(s) or the list is comprised of references to CSI-IM resource set(s). Each CSI Resource Setting is located in the DL BWP identified by the higher layer parameter *BWP-id*, and all CSI Resource Settings linked to a CSI Report Setting have the same DL BWP.

The time domain behavior of the CSI-RS resources within a CSI Resource Setting are indicated by the higher layer parameter *resourceType* and can be set to aperiodic, periodic, or semi-persistent. For periodic and semi-persistent CSI Resource Settings, the number of CSI-RS Resource Sets configured is limited to S=1. For periodic and semi-persistent CSI Resource Settings, the configured periodicity and slot offset is given in the numerology of its associated DL BWP, as given by *BWP-id*. When a UE is configured with multiple *CSI-ResourceConfigs* consisting the same NZP CSI-RS resource ID, the same time domain behavior shall be configured for the *CSI-ResourceConfigs*. When a UE is configured with multiple *CSI-ResourceConfigs* consisting the same CSI-IM resource ID, the same time-domain behavior shall be configured for the *CSI-ResourceConfigs*. All CSI Resource Settings linked to a CSI Report Setting shall have the same time domain behavior.

The following are configured via higher layer signaling for one or more CSI Resource Settings for channel and interference measurement:

- CSI-IM resource for interference measurement as described in clause 5.2.2.4.

- NZP CSI-RS resource for interference measurement as described in clause 5.2.2.3.1.

- NZP CSI-RS resource for channel measurement as described in clause 5.2.2.3.1.

*See* 3GPP TS 38.214 V15.14.0.

**7.4.1.5    CSI reference signals**

**7.4.1.5.1    General**

Zero-power (ZP) and non-zero-power (NZP) CSI-RS are defined

- for a non-zero-power CSI-RS configured by the *NZP-CSI-RS-Resource* IE or by the *CSI-RS-Resource-Mobility* field in the *CSI-RS-ResourceConfigMobility* IE, the sequence shall be generated according to clause 7.4.1.5.2 and mapped to resource elements according to clause 7.4.1.5.3

- for a zero-power CSI-RS configured by the *ZP-CSI-RS-Resource* IE, the UE shall assume that the resource elements defined in clause 7.4.1.5.3 are not used for PDSCH transmission subject to clause 5.1.4.2 of [6, TS 38.214]. The UE performs the same measurement/reception on channels/signals except PDSCH regardless of whether they collide with ZP CSI-RS or not.

*See* 3GPP TS 38.211 V15.9.0.

30.    Claim 9 of the '780 Patent recites that the "controller" is configured to "determine a type of the received interference from among a plurality of interference types comprising wideband interference, self interference, and narrowband interference based upon comparing at least one characteristic of a current received signal with the short term and long term historical characteristics of interference."  The Accused Products each comprise a controller configured to determine a type of the received interference from among a plurality of interference types comprising wideband interference, self interference, and narrowband interference based upon comparing at least one characteristic of a current received signal with the short term and long term

historical characteristics of interference. For example, the channel state information – reference signal ("CSI-RS") and channel state information – interference measurement ("CSI-IM") resource sets may be specified across the entire bandwidth-part or just a part of the bandwidth that the UE is configured to receive:

## 8.1.2: Frequency-Domain Structure of CSI-RS Configurations

A CSI-RS is configured for a given downlink bandwidth part and is then assumed to be confined within that bandwidth part and use the numerology of the bandwidth part.

The CSI-RS can be configured to cover the full bandwidth of the bandwidth part or just a fraction of the bandwidth. In the latter case, the CSI-RS bandwidth and frequency-domain starting position are provided as part of the CSI-RS configuration.

Within the configured CSI-RS bandwidth, a CSI-RS may be configured for transmission in every resource block, referred to as *CSI-RS density equal to one*. However, a CSI-RS may also be configured for transmission only in every second resource block, referred to as CSI-RS density equal to 1/2. In the latter case, the CSI-RS configuration includes information about the set of resource blocks (odd resource blocks or even resource blocks) within which the CSI-RS will be transmitted. CSI-RS density equal to 1/2 is not supported for CSI-RS with 4, 8, and 12 antenna ports.

*See* Erik Dahlman et al., 5G NR: The Next Generation Wireless Access Technology, § 8.1.2 (2d Ed. 2018).

★ The parameter structure used to configure a CSI IM Resource is presented in Table 125. This parameter structure includes a CSI IM Resource identity and a specification of the resources which are allocated to the CSI IM Resource. There is a choice of configuring either pattern 0 or pattern 1:

- Pattern 0 corresponds to a 2×2 grid of Resource Elements. *subcarrierLocation-p0* and *symbolLocation-p0* specify the first subcarrier and first symbol belonging to the 2×2 grid

- Pattern 1 corresponds to a 4×1 grid of Resource Elements (4 subcarriers × 1 symbol). *subcarrierLocation-p1* and *symbolLocation-p1* specify the first subcarrier and the only symbol belonging to the 4×1 grid

Examples of patterns 0 and 1 are illustrated in Figure 199

| CSI-IM-Resource | | | | | | |
|---|---|---|---|---|---|---|
| csi-IM-ResourceId | 0 to 31 | | | | | |
| csi-IM-ResourceElementPattern | CHOICE | | | | | |
| | pattern0 | | | pattern1 | | |
| | subcarrierLocation-p0 | 0, 2, 4, 6, 8 10 | | subcarrierLocation-p1 | 0, 4, 8 | |
| | symbolLocation-p0 | 0 to 12 | | symbolLocation-p1 | 0 to 13 | |
| freqBand | startingRB | 0 to 274, step 4 | | | | |
| | nrofRBs | 24 to 276, step 4 | | | | |
| periodicityAndOffset | CHOICE | | | | | |
| | 4 slots | 0 to 3 | 20 slots | 0 to 19 | 160 slots | 0 to 159 |
| | 5 slots | 0 to 4 | 32 slots | 0 to 31 | 320 slots | 0 to 319 |
| | 8 slots | 0 to 7 | 40 slots | 0 to 39 | 640 slots | 0 to 639 |
| | 10 slots | 0 to 9 | 64 slots | 0 to 63 | | |
| | 16 slots | 0 to 15 | 80 slots | 0 to 79 | | |

**Table 125 – Parameter structure used to configure a CSI IM Resource**

★ The *freqBand* section of the parameter structure specifies the set of contiguous Resource Blocks across which the CSI IM Resource is configured. The *startingRB* is relative to Common Resource Block 0, i.e. the lower edge of the channel bandwidth, rather than the lower edge of the Bandwidth Part. The *nrofRBs* information element has a minimum value of 24 but if the Bandwidth Part occupies less than 24 Resource Blocks then the CSI IM Resource occupies only the Resource Blocks within the Bandwidth Part

*See* Chris Johnson, 5G New Radio in Bullets, Section 3.7.4. (2019).

– **NZP-CSI-RS-Resource**

The IE *NZP-CSI-RS-Resource* is used to configure Non-Zero-Power (NZP) CSI-RS transmitted in the cell where the IE is included, which the UE may be configured to measure on (see TS 38.214 [19], clause 5.2.2.3.1). A change of configuration between periodic, semi-persistent or aperiodic for an *NZP-CSI-RS-Resource* is not supported without a release and add.

**NZP-CSI-RS-Resource information element**

```
-- ASN1START
-- TAG-NZP-CSI-RS-RESOURCE-START

NZP-CSI-RS-Resource ::=            SEQUENCE {
    nzp-CSI-RS-ResourceId              NZP-CSI-RS-ResourceId,
    resourceMapping                    CSI-RS-ResourceMapping,
    powerControlOffset                 INTEGER (-8..15),
    powerControlOffsetSS               ENUMERATED{db-3, db0, db3, db6}    OPTIONAL,    -- Need R
    scramblingID                       ScramblingId,
    periodicityAndOffset               CSI-ResourcePeriodicityAndOffset  OPTIONAL,    -- Cond PeriodicOrSemiPersistent
    qcl-InfoPeriodicCSI-RS             TCI-StateId                       OPTIONAL,    -- Cond Periodic
    ...
}
```

*See* 3GPP TS 38.331 V 15.15.0.

```
—        CSI-IM-Resource

The IE CSI-IM-Resource is used to configure one CSI Interference Management (IM) resource.

                                    CSI-IM-Resource information element

-- ASN1START
-- TAG-CSI-IM-RESOURCE-START

CSI-IM-Resource ::=           SEQUENCE {
    csi-IM-ResourceId             CSI-IM-ResourceId,
    csi-IM-ResourceElementPattern     CHOICE {
        pattern0                      SEQUENCE {
            subcarrierLocation-p0         ENUMERATED { s0, s2, s4, s6, s8, s10 },
            symbolLocation-p0             INTEGER (0..12)
        },
        pattern1                      SEQUENCE {
            subcarrierLocation-p1         ENUMERATED { s0, s4, s8 },
            symbolLocation-p1             INTEGER (0..13)
        }
    }                                                          OPTIONAL,   -- Need M
    freqBand                      CSI-FrequencyOccupation      OPTIONAL,   -- Need M
    periodicityAndOffset          CSI-ResourcePeriodicityAndOffset   OPTIONAL,   -- Cond PeriodicOrSemiPersistent
    ...
}
```

*See* 3GPP TS 38.331 V 15.15.0.

### 5.2.2.3.1    NZP CSI-RS

The UE can be configured with one or more NZP CSI-RS resource set configuration(s) as indicated by the higher layer parameters *CSI-ResourceConfig*, and *NZP-CSI-RS-ResourceSet*. Each NZP CSI-RS resource set consists of $K \geq 1$ NZP CSI-RS resource(s).

The following parameters for which the UE shall assume non-zero transmission power for CSI-RS resource are configured via the higher layer parameter *NZP-CSI-RS-Resource, CSI-ResourceConfig* and *NZP-CSI-RS-ResourceSet* for each CSI-RS resource configuration:

- *nzp-CSI-RS-ResourceId* determines CSI-RS resource configuration identity.

- *periodicityAndOffset* defines the CSI-RS periodicity and slot offset for periodic/semi-persistent CSI-RS. All the CSI-RS resources within one set are configured with the same periodicity, while the slot offset can be same or different for different CSI-RS resources.

- *resourceMapping* defines the number of ports, CDM-type, and OFDM symbol and subcarrier occupancy of the CSI-RS resource within a slot that are given in clause 7.4.1.5 of [4, TS 38.211].

- *nrofPorts* in *resourceMapping* defines the number of CSI-RS ports, where the allowable values are given in clause 7.4.1.5 of [4, TS 38.211].

- *density* in *resourceMapping* defines CSI-RS frequency density of each CSI-RS port per PRB, and CSI-RS PRB offset in case of the density value of 1/2, where the allowable values are given in clause 7.4.1.5 of [4, TS 38.211]. For density 1/2, the odd/even PRB allocation indicated in *density* is with respect to the common resource block grid.

- *cdm-Type* in *resourceMapping* defines CDM values and pattern, where the allowable values are given in clause 7.4.1.5 of [4, TS 38.211].

- *powerControlOffset*: which is the assumed ratio of PDSCH EPRE to NZP CSI-RS EPRE when UE derives CSI feedback and takes values in the range of [-8, 15] dB with 1 dB step size.

- *powerControlOffsetSS*: which is the assumed ratio of NZP CSI-RS EPRE to SS/PBCH block EPRE.

- *scramblingID* defines scrambling ID of CSI-RS with length of 10 bits.

- *BWP-Id* in *CSI-ResourceConfig* defines which bandwidth part the configured CSI-RS is located in.

- *repetition* in *NZP-CSI-RS-ResourceSet* is associated with a CSI-RS resource set and defines whether UE can assume the CSI-RS resources within the NZP CSI-RS Resource Set are transmitted with the same downlink spatial domain transmission filter or not as described in clause 5.1.6.1.2. and can be configured only when the

  higher layer parameter *reportQuantity* associated with all the reporting settings linked with the CSI-RS resource set is set to 'cri-RSRP' or 'none'.

- *qcl-InfoPeriodicCSI-RS* contains a reference to a *TCI-State* indicating QCL source RS(s) and QCL type(s). If the *TCI-State* is configured with a reference to an RS with 'QCL-TypeD' association, that RS may be an SS/PBCH block located in the same or different CC/DL BWP or a CSI-RS resource configured as periodic located in the same or different CC/DL BWP.

- *trs-Info* in *NZP-CSI-RS-ResourceSet* is associated with a CSI-RS resource set and for which the UE can assume that the antenna port with the same port index of the configured NZP CSI-RS resources in the *NZP-CSI-RS-ResourceSet* is the same as described in clause 5.1.6.1.1 and can be configured when reporting setting is not configured or when the higher layer parameter *reportQuantity* associated with all the reporting settings linked with the CSI-RS resource set is set to 'none'.

*See* 3GPP TS 38.214 V15.14.0.

All CSI-RS resources within one set are configured with same *density* and same *nrofPorts*, except for the NZP CSI-RS resources used for interference measurement.

The UE expects that all the CSI-RS resources of a resource set are configured with the same starting RB and number of RBs and the same *cdm-type*.

The bandwidth and initial common resource block (CRB) index of a CSI-RS resource within a BWP, as defined in clause 7.4.1.5 of [4, TS 38.211], are determined based on the higher layer parameters *nrofRBs* and *startingRB*, respectively, within the CSI-FrequencyOccupation IE configured by the higher layer parameter *freqBand* within the *CSI-RS-ResourceMapping* IE. Both *nrofRBs* and *startingRB* are configured as integer multiples of 4 RBs, and the reference point for *startingRB* is CRB 0 on the common resource block grid. If $startingRB < N_{BWP}^{start}$, the UE shall assume that the initial CRB index of the CSI-RS resource is $N_{initial\ RB} = N_{BWP}^{start}$, otherwise $N_{initial\ RB} = startingRB$. If $nrofRBs > N_{BWP}^{size} + N_{BWP}^{start} - N_{initial\ RB}$, the UE shall assume that the bandwidth of the CSI-RS resource is $N_{CSI-RS}^{BW} = N_{BWP}^{size} + N_{BWP}^{start} - N_{initial\ RB}$, otherwise $N_{CSI-RS}^{BW} = nrofRBs$. In all cases, the UE shall expect that $N_{CSI-RS}^{BW} \geq \min(24, N_{BWP}^{size})$.

*See* 3GPP TS 38.214 V15.14.0.

## 5.2.2.4 Channel State Information – Interference Measurement (CSI-IM)

The UE can be configured with one or more CSI-IM resource set configuration(s) as indicated by the higher layer parameter *CSI-IM-ResourceSet*. Each CSI-IM resource set consists of $K \geq 1$ CSI-IM resource(s).

The following parameters are configured via higher layer parameter *CSI-IM-Resource* for each CSI-IM resource configuration:

- *csi-IM-ResourceId* determines CSI-IM resource configuration identity

- *subcarrierLocation-p0* or *subcarrierLocation-p1* defines subcarrier occupancy of the CSI-IM resource within a slot for *csi-IM-ResourceElementPattern* set to 'pattern0' or 'pattern1', respectively.

- *symbolLocation-p0* or *symbolLocation-p1* defines OFDM symbol location of the CSI-IM resource within a slot for *csi-IM-ResourceElementPattern* set to 'pattern0' or 'pattern1', respectively.

- *periodicityAndOffset* defines the CSI-IM periodicity and slot offset for periodic/semi-persistent CSI-IM.

- *freqBand* includes parameters to enable configuration of frequency-occupancy of CSI-IM

In each of the PRBs configured by *freqBand*, the UE shall assume each CSI-IM resource is located in,

- resource elements $(k_{CSI-IM}, l_{CSI-IM})$, $(k_{CSI-IM}, l_{CSI-IM} +1)$, $(k_{CSI-IM} +1, l_{CSI-IM})$ and $(k_{CSI-IM} +1, l_{CSI-IM} +1)$, if *csi-IM-ResourceElementPattern* is set to 'pattern0',

- resource elements $(k_{CSI-IM}, l_{CSI-IM})$, $(k_{CSI-IM} +1, l_{CSI-IM})$, $(k_{CSI-IM} +2, l_{CSI-IM})$ and $(k_{CSI-IM} +3, l_{CSI-IM})$ if *csi-IM-ResourceElementPattern* is set to 'pattern1',

where $k_{CSI-IM}$ and $l_{CSI-IM}$ are the configured frequency-domain location and time-domain location, respectively, given by the higher layer parameters in the above list.

*See* 3GPP TS 38.214 V15.14.0.

For example, channel measurements such as CQI are based upon either multiple in time or single time readings.

## 5.2.2 Channel state information

### 5.2.2.1 Channel quality indicator (CQI)

The CQI indices and their interpretations are given in Table 5.2.2.1-2 or Table 5.2.2.1-4 for reporting CQI based on QPSK, 16QAM and 64QAM. The CQI indices and their interpretations are given in Table 5.2.2.1-3 for reporting CQI based on QPSK, 16QAM, 64QAM and 256QAM.

Based on an unrestricted observation interval in time unless specified otherwise in this clause, and an unrestricted observation interval in frequency, the UE shall derive for each CQI value reported in uplink slot $n$ the highest CQI index which satisfies the following condition:

- A single PDSCH transport block with a combination of modulation scheme, target code rate and transport block size corresponding to the CQI index, and occupying a group of downlink physical resource blocks termed the CSI reference resource, could be received with a transport block error probability not exceeding:

  - 0.1, if the higher layer parameter *cqi-Table* in *CSI-ReportConfig* configures 'table1' (corresponding to Table 5.2.2.1-2), or 'table2' (corresponding to Table 5.2.2.1-3), or

  - 0.00001, if the higher layer parameter *cqi-Table* in *CSI-ReportConfig* configures 'table3' (corresponding to Table 5.2.2.1-4).

If higher layer parameter *timeRestrictionForChannelMeasurements* is set to "*notConfigured*", the UE shall derive the channel measurements for computing CSI value reported in uplink slot n based on only the NZP CSI-RS, no later than the CSI reference resource, (defined in TS 38.211[4]) associated with the CSI resource setting.

If higher layer parameter *timeRestrictionForChannelMeasurements* in *CSI-ReportConfig* is set to "*Configured*", the UE shall derive the channel measurements for computing CSI reported in uplink slot n based on only the most recent, no later than the CSI reference resource, occasion of NZP CSI-RS (defined in [4, TS 38.211]) associated with the CSI resource setting.

If higher layer parameter *timeRestrictionForInterferenceMeasurements* is set to "*notConfigured*", the UE shall derive the interference measurements for computing CSI value reported in uplink slot n based on only the CSI-IM and/or NZP CSI-RS for interference measurement no later than the CSI reference resource associated with the CSI resource setting.

If higher layer parameter *timeRestrictionForInterferenceMeasurements* in *CSI-ReportConfig* is set to "*Configured*", the UE shall derive the interference measurements for computing the CSI value reported in uplink slot n based on the most recent, no later than the CSI reference resource, occasion of CSI-IM and/or NZP CSI-RS for interference measurement (defined in [4, TS 38.211]) associated with the CSI resource setting.

*See* 3GPP TS 38.214 §5.2.2.1.

For example, rank indicator ("RI") and pre-coding matrix indicator ("PMI") are also computed based on SRS measurements.

To select a suitable rank and a corresponding precoder matrix, the network needs estimates of the channels between the device antenna ports and the corresponding network receive antennas. To enable this, a device configured for codebook-based PUSCH would typically be configured for transmission of at least one multi-port SRS. Based on measurements on the configured SRS, the network can sound the channel and determine a suitable rank and precoder matrix.

*See* Erik Dahlman et al., 5G NR: The Next Generation Wireless Access Technology, § 11.3.1 (2d Ed. 2018).

31.     Claim 9 of the '780 Patent recites that the "controller" is configured to "set the at least one settable link characteristic to compensate for the received interference based upon the interference type."  The Accused Products each comprise a controller configured to set the at least one settable link characteristic to compensate for the received interference based upon the interference type.  For example, the Accused Products report at least wideband and subband CQI, wideband and subband PMI, and also RI:

> -   wideband CQI or subband CQI reporting, as configured by the higher layer parameter *cqi-FormatIndicator*. When wideband CQI reporting is configured, a wideband CQI is reported for each codeword for the entire CSI reporting band. When subband CQI reporting is configured, one CQI for each codeword is reported for each subband in the CSI reporting band.

*See* 3GPP TS 38.214 V.15.14.0 §5.2.1.4.

> wideband PMI or subband PMI reporting as configured by the higher layer parameter *pmi-FormatIndicator*. When wideband PMI reporting is configured, a wideband PMI is reported for the entire CSI reporting band. When subband PMI reporting is configured, except with 2 antenna ports, a single wideband indication ($i_1$ in clause 5.2.2.2) is reported for the entire CSI reporting band and one subband indication ($i_2$ in clause 5.2.2.2) is reported for each subband in the CSI reporting band. When subband PMIs are configured with 2 antenna ports, a PMI is reported for each subband in the CSI reporting band.

*See* 3GPP TS 38.214 V.15.14.0 §5.2.1.4.

## 5.2.2.1    Channel quality indicator (CQI)

The CQI indices and their interpretations are given in Table 5.2.2.1-2 or Table 5.2.2.1-4 for reporting CQI based on QPSK, 16QAM and 64QAM. The CQI indices and their interpretations are given in Table 5.2.2.1-3 for reporting CQI based on QPSK, 16QAM, 64QAM and 256QAM.

Based on an unrestricted observation interval in time unless specified otherwise in this clause, and an unrestricted observation interval in frequency, the UE shall derive for each CQI value reported in uplink slot $n$ the highest CQI index which satisfies the following condition:

-   A single PDSCH transport block with a combination of modulation scheme, target code rate and transport block size corresponding to the CQI index, and occupying a group of downlink physical resource blocks termed the CSI reference resource, could be received with a transport block error probability not exceeding:

    -   0.1, if the higher layer parameter *cqi-Table* in *CSI-ReportConfig* configures 'table1' (corresponding to Table 5.2.2.1-2), or 'table2' (corresponding to Table 5.2.2.1-3), or

    -   0.00001, if the higher layer parameter *cqi-Table* in *CSI-ReportConfig* configures 'table3' (corresponding to Table 5.2.2.1-4).

If higher layer parameter *timeRestrictionForChannelMeasurements* is set to "*notConfigured*", the UE shall derive the channel measurements for computing CSI value reported in uplink slot n based on only the NZP CSI-RS, no later than the CSI reference resource, (defined in TS 38.211[4]) associated with the CSI resource setting.

If higher layer parameter *timeRestrictionForChannelMeasurements* in *CSI-ReportConfig* is set to "*Configured*", the UE shall derive the channel measurements for computing CSI reported in uplink slot n based on only the most recent, no later than the CSI reference resource, occasion of NZP CSI-RS (defined in [4, TS 38.211]) associated with the CSI resource setting.

If higher layer parameter *timeRestrictionForInterferenceMeasurements* is set to "*notConfigured*", the UE shall derive the interference measurements for computing CSI value reported in uplink slot n based on only the CSI-IM and/or NZP CSI-RS for interference measurement no later than the CSI reference resource associated with the CSI resource setting.

*See* 3GPP TS 38.214 V.15.14.0.

The bitwidth for RI/LI/CQI/CRI of *codebookType=typeI-SinglePanel* is provided in Tables 6.3.1.1.2-3.

**Table 6.3.1.1.2-3: RI, LI, CQI, and CRI of *codebookType=typeI-SinglePanel***

| Field | Bitwidth | | | | |
|---|---|---|---|---|---|
| | 1 antenna port | 2 antenna ports | 4 antenna ports | >4 antenna ports | |
| | | | | Rank1~4 | Rank5~8 |
| Rank Indicator | 0 | $\min(1,\lceil \log_2 n_{RI}\rceil)$ | $\min(2,\lceil \log_2 n_{RI}\rceil)$ | $\lceil \log_2 n_{RI}\rceil$ | $\lceil \log_2 n_{RI}\rceil$ |
| Layer Indicator | 0 | $\lceil \log_2 \upsilon\rceil$ | $\min(2,\lceil \log_2 \upsilon\rceil)$ | $\min(2,\lceil \log_2 \upsilon\rceil)$ | $\min(2,\lceil \log_2 \upsilon\rceil)$ |
| Wide-band CQI for the first TB | 4 | 4 | 4 | 4 | 4 |
| Wideband CQI for the second TB | 0 | 0 | 0 | 0 | 4 |
| Subband differential CQI for the first TB | 2 | 2 | 2 | 2 | 2 |
| Subband differential CQI for the second TB | 0 | 0 | 0 | 0 | 2 |
| CRI | $\lceil \log_2(K_s^{CSI-RS})\rceil$ | $\lceil \log_2(K_s^{CSI-RS})\rceil$ | $\lceil \log_2(K_s^{CSI-RS})\rceil$ | $\lceil \log_2(K_s^{CSI-RS})\rceil$ | $\lceil \log_2(K_s^{CSI-RS})\rceil$ |

$n_{RI}$ in Table 6.3.1.1.2-3 is the number of allowed rank indicator values according to Clause 5.2.2.2.1 [6, TS 38.214].

$\upsilon$ is the value of the rank. The value of $K_s^{CSI-RS}$ is the number of CSI-RS resources in the corresponding resource set.

The values of the rank indicator field are mapped to allowed rank indicator values with increasing order, where '0' is mapped to the smallest allowed rank indicator value.

*See* 3GPP TS 38.212 V15.12.0 § 6.3.1.1.2.

32.     TCL also knowingly and intentionally induces infringement of one or more claims of the '780 Patent in violation of 35 U.S.C. § 271(b).  As of at least the filing and service of this complaint, TCL has knowledge of the '780 Patent and the infringing nature of the Accused Products.  Despite this knowledge of the '780 Patent, TCL continues to actively encourage and instruct its customers and end users (for example, through user manuals and online instruction materials on its website) to use the Accused Products in ways that directly infringe the '780 Patent, for example by utilizing the accused 5G functionality on the Accused Products in an infringing manner.  For example, TCL makes the user manual for the exemplary Stylus 5G available for download on its website, which includes instructions on how to set-up and utilize the Stylus 5G to connect to the 5G cellular network and make phone calls using the 5G network.  *See* https://www.tcl.com/us/en/products/mobile/stylus/tcl-stylus-5g-lunar-black; Ex. 2 (TCL Stylus 5G Manual) at 4-8, 28-32, and 49-50.  Further, TCL advertises the 5G functionality of the Accused Products and its benefits to customers and end users.  *See, e.g.*, https://www.tcl.com/us/en/products/mobile/stylus/tcl-stylus-5g-lunar-black ("Lighting-fast 5G speeds for quick downloads …." and "Stunningly fast 5G speeds").  TCL provides these instructions and online materials to customers and end users knowing and intending (or with willful blindness to the fact) that its customers and end users will commit these infringing acts. TCL also continues to make, use, offer for sale, sell, and/or import the Accused Products, despite its knowledge of the '780 Patent, thereby specifically intending for and inducing its customers to infringe the '780 Patent through the customers' normal and customary use of the Accused Products.

33.     TCL has also infringed, and continues to infringe, one or more claims of the '780 Patent by selling, offering for sale, or importing into the United States, the Accused Products, knowing that the Accused Products constitute a material part of the inventions claimed in the '780 Patent, are especially made or adapted to infringe the '780 Patent, and are not staple articles or commodities of commerce suitable for non-infringing use (as exemplified by the materials cited above).  As of at least the filing and service of this complaint, TCL has knowledge of the '780 Patent and the infringing nature of the Accused Products.  TCL has been, and currently is, contributorily infringing the '780 Patent in violation of 35 U.S.C. §§ 271(c) and (f).

34.     By making, using, offering for sale, selling and/or importing into the United States the Accused Products, TCL has injured Plaintiff and is liable for infringement of the '780 Patent pursuant to 35 U.S.C. § 271.

35.     On information and belief, Plaintiff (including its predecessors and any licensees) complied with 35 U.S.C. §287 during the relevant time period because Plaintiff, its predecessors, and any licensees did not make, offer for sale, or sell products that practice(d) the '780 Patent during the relevant time period or were not otherwise required to mark during the relevant time period.

36.     As a result of TCL's direct infringement of the '780 Patent, Plaintiff is entitled to monetary damages (past, present, and future) in an amount adequate to compensate for TCL's infringement, but in no event less than a reasonable royalty for the use made of the invention by TCL, together with interest and costs as fixed by the Court.

37.     As a result of TCL's indirect infringement of the '780 Patent (induced and contributory infringement), Plaintiff is entitled to monetary damages (present and future) in an amount adequate to compensate for TCL's infringement, but in no event less than a reasonable

royalty for the use made of the invention by TCL, together with interest and costs as fixed by the Court, accruing as of the time TCL obtained knowledge of the '780 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter:

a.     A judgment in favor of Plaintiff that TCL has infringed, either literally and/or under the doctrine of equivalents, the '780 Patent;

b.     A judgment and order requiring TCL to pay Plaintiff its damages (past, present, and future), costs, expenses, and pre-judgment and post-judgment interest for TCL's infringement of the '780 Patent;

c.     A judgment and order requiring TCL to pay Plaintiff compulsory ongoing licensing fees, as determined by the Court in equity.

d.     A judgment and order requiring TCL to provide an accounting and to pay supplemental damages to Plaintiff, including without limitation, pre-judgment and post-judgment interest and compensation for infringing products released after the filing of this case that are not colorably different from the accused products;

e.     A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against TCL; and

f.     Any and all other relief as the Court may deem appropriate and just under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated:  January 23, 2023

Respectfully submitted,

*/s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: 212-951-0100

***Attorneys for Plaintiff Speir Technologies Limited***