**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SPEIR TECHNOLOGIES LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00027-RWS-RSP |
| | § | |
| TCL TECHNOLOGY GROUP CORP., | § | |
| ET AL., | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER</u>

Before the Court is the Notice of Dismissal (the "Notice") filed by Speir Technologies Limited ("Plaintiff") pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(i). Dkt. No. 8. In the Notice, the Speir Technologies Limited represents that the above-captioned case has been resolved and requests dismissal of the above-captioned action WITH prejudice. *Id*. at 1.

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 1st day of May, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE